**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

My name is Maribel Lopez Munguia and I am a homemaker.

I know Benito Lopez Perez because he is my husband. He was always looking out for my children and me—we could always count on his support. He would be concerned for his children's health and education. In these 5 years I have been with him, he has never disrespected us nor was he ever aggressive. I was not aware of the crime he was accused of; I became aware of it when he was arrested. I know that he is guilty of it, but that does not take away the good person he is towards his loved ones and friends, he would help those that needed it. I just hope that you take into consideration the good father that he is and how greatly we need his presence with us, which is why I take it upon myself to ask you for a fair sentence.

Sincerely,

(signature)
Maribel Lopez Munguia

Honorable Carol B. Amon
United states District court
Eastern District of New york
225 Cadmon Plaza East
Brooklyn, New york 11201


Mi nombre es: Maribel Lopez Munguia, soy ama de casa.


Yo conosco a Benito Lopez perez porque es mi esposo el siempre se preocupaba por mis Hijos Y por mi, siempre contabamos con su apoyo se preocupaba por la salud de sus hijos y su educación, nunca nos falto al respeto en estos 5 años que tengo con el nunca fue agrecivo yo no sabia del delito del que se le acusa Me entere hasta cuando lo detuvieron por el cual se que es culpable pero eso no quita lo buena Persona que es con sus seres queridos Y amigos ayudaba al que requeria su apoyo, solo espero que tome usted, en cuenta lo buen padre que es Y lo mucho que nos hace falta su precencia por el cual me atrevo a pedirle una sentencia Justa Atte.
  Maribel Lopez Munguia



# TRANSLATION

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am Benito Lopez Perez's niece.  He started to take care of me since I was a very young child because I did not have a dad around.  He made sure I had my schooling and helped me complete primary and secondary school.

I decided to stop going to school on my own, but he continued to be supportive of me.  During the time I lived with him I never knew him to be aggressive or violent with anyone.  He was always a mild and kind person; to me he was the best dad ever.  This is why I am sad, because of the situation he finds himself in.  I know that he pled guilty, but I am asking you to give him a fair sentence

My name is Yazmin, I am 22 years old.  I work in a factory called CMT Costuras y Manufacturas de Tlaxcala, fitting jeans.

(signature)

Honorable Carol B. Amon
United states District court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Yo soy sobrina de Benito Lopez Perez
vivi con el desde muy niña el se iso cargo
de mi porque yo no conte con papa el se iso
cargo de mis estudios me ayudo a terminar
la Primaria y secundaria
y por mi Propia voluntad yo ya no quize seguir
estudiando sin embargo el siguio apoyandome y durante
el tiempo que yo vivi con el Jamas lo conoci
agresivo ni violento con nadie siempre fue una Persona
tranquila y amable para mi fue el mejor Papa
es por eso que me siento triste en la situacion que el
se encuentra Se que el se declaro culpable
sinembargo le Pido que le de una condena Justa

Yo me llamo Yazmin tengo 22 años
trabajo en una fabrica llamada CMT
Costuras y Manufacturas de Tlaxcala
fitting Jeans

## TRANSLATION

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The one writing here is Mr. Fernando Flores Perez, a plumber by trade. If I may address you, to ask you to take into consideration a fair sentence for Benito Lopez Perez. In the time I have known him I can say that he is a trustworthy, friendly and respectful person. I never saw him get involved in problems with anybody. I sincerely hope you take into account these fine qualities when sentencing him.

With nothing more for the moment, I bid you farewell and send you warm greetings.

Sincerely,

(signature)
Fernando

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


El que suscribe Sr. Fernando Flores Pérez de oficio plomero me permito dirigirme a usted para pedir tome a consideracion una condena justa para el sr. Benito López Pérez el cual en el tiempo que tengo de conocerlo puedo decir que es una persona confiable, amigable, respetuosa al cual nunca vi meterse en problemas con nadie espero de corazon tome en cuenta estas virtudes para la toma de su condena


Sin mas por el momento me despido de usted enviandole un cordial Saludo.


_Fernando_

Atentamente.

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am Maria Guadalupe Romero Perez. I am writing these lines to the Honorable Carol B. Amon concerning my brother Benito Lopez Perez. I am proud of him, he always treated his children well, and they never lacked anything. In spite of his mistakes, he always taught them good values. In spite of his being guilty, he never forced the girl; he was always respectful to her. We are asking you for a fair sentence.

I, Maria Guadalupe Romero Perez am a homemaker.

(signature)

Honorable Carol B. Amon
United States District Court
Eastern District of New York

4

225 Cadman Plaza East
Brooklyn, New York 11201


Yo la Sra. María Guadalupe Romero Perez
le escrito unas lineas a la honorable
Carol B. Amon acerca (acerca) de mi hermano
Benito López Pérez que estoy orgullosa de el
que siempre trato bien a sus hijos, que nunca
les falto nada a sus hijos a pesar de sus
errores siempre les enseño buenos valores.
A pesar de ser culpable nunca obligo a la
muchacha siempre la respeto. le pedimos una
Condena justa.
yo la sra. María Guadalupe Romero Perez me
dedico a ama de casa.



√


_____ firma

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Benito Lopez Perez is a well-known and respected person by the people living in the Municipality of Tenancingo, Tlaxcala.  He is the father of two children, 6 and 4 years of age, with whom he lived, took to school and played.  He was very dedicated to his children but nowadays these children are not in good health and as a matter of fact, the youngest was hospitalized for a time.  The oldest is suffering from deep depression and low self-esteem which is affecting his schooling and he has totally gone down in benefitting from school.  I bring this up because I have a son who is currently a classmate of theirs.  Benito has shown himself a responsible and respectful person in the community, we were never aware of any problems caused by him or any of his family members because they always proved to be respectful and mild-tempered.  He used to organize soccer matches, getting both adults and children to get involved in the sport and in exercise, always conducting himself respectfully towards them and the community.  I have now come to learn of his legal problems and I beseech you, Your Honor, to please give him the lowest sentence possible because his children are truly lost without their father figure.

TENANCINGO, TLAXCALA, ON THE 13TH OF AUGUST, TWO THOUSAND THIRTEEN

(signature)
Citizen Jose Dionicio Jimenez Guzman

HONORABLE CAROL B. AMON
UNITED STATES DISTRICT COURT
EASTERA DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN. NEW YORK 11201.

BENITO LOPEZ PEREZ, es una persona conocida y respetada
por los habitantes de este Municipio de Tenancingo Tlaxcala, es padre de dos
hijos de 6 y 4 años del cual estos menores siempre convivio con ellos,
llevándolos a la escuela, así como jugar con ellos esta persona era muy
dedicada a sus hijos, a hoy en día estos menores se encuentran mal de salud
e inclusive el menor fue hospitalizado por un tiempo, el mayor de los
mencionados, se encuentra en la escuela muy deprimido, con baja auto
estima, y ha bajado totalmente del aprovechamiento de la escuela, manifiesto
esto porque tengo un hijo en la que son compañeros,  actualmente, BENITO,
ha demostrado ser una persona responsable y respetoso con la sociedad,
nunca supimos de problemas ocasionados por el o alguno de sus familiares
ya que siempre se mostraba respetosos y tranquilo. Ya que acostumbraba a
realizar torneos de futbol, haciendo participar a adultos y niños fortaleciendo
así al deporte y al ejercicio, comportándose siempre de una manera
respetuosa para con ellos y la sociedad. A hoy que me he dado cuenta que se
encuentran en problemas legales y confesos rugo a Usted Ciudadano Juez se
digne de dar una sentencia de la más baja, ya que los niños se encuentran
desamparados sin la figura del padre.

TENANCINGO TLAXCALA A 13 DE AGOSTO DEL AÑO DOS MIL TRECE.

C. JOSE DIONICIO JIMENEZ GUZMAN.

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By means of this letter, I would like to communicate to you that Benito Lopez Perez is a respectful and kind person to all his neighbors.  He was never disrespectful and would be helpful when asked to do favors for others.  He would look out to be helpful to his neighbors in everything; this is why I am asking you to help him in his case also.  I also would like to communicate to you that Benito is responsible when it comes to his work and would cooperate in everything he could.   I wish for you to please help him.

My name is Ricardo Venegas Galvez.  I am asking this of you on behalf of Benito and all his family, we would be deeply appreciative to you.  May God bless you and thank you very much for all your attention to this.

(signature)

FECHA / DATE
/ /

HONORABLE CAROL B. AMON
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 cadman PLAZA EAST
BROOKLYN. NEW YORK 11201

POR MEDIO DE LA PRECENTE LE COMUNICO QUE
EL SR. BENITO LOPEZ PERES ES UNA PERSONA
RESPETUOSA Y AMABLE CON TODOS LOS VECINOS
NO FALTA AL RESPETO NOS ECHA LA MANO CUANDO
CE LE PIDEN FAVORES PIENSA EN ATENDERLOS
COMO VECINOS QUE SOMOS NOS ECHAMOS LA
MANO EN TODO POR ESO LE PIDO LES ECHE LA
MANO EN TODO SU CASO TAMUIEN LE CONUNICO
QUE DON BENTIO ES RESPONSABLE EN LOS TRABAJOS
Y CORERA EN TODO LO QUE PUEDE DECEO QUE
LE AYUDE POR FAVOR Y LES ECHE LA MANO
MI NOMBRE ES RICARDO VENEGAS GALVEZ
YO LE PIDO QUE DON BENITO Y TODA SU
FAMILIA LE VAMOS ESTAR MUY AGRADECIDOS
Y QUE DIOS LA VENDIGA MUCHAS GRACIAS
POR TODAS SUS ATENCIONES.

**TRANSLATION**

July 25, 2013

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I, Margarita Romero, am a neighbor of Benito Lopez Perez.  He is a good person.  He would always greet us.

(signature)

25 de Julio del 2013

yo margarita Romero

soy su vesina del sr.

Benito Lopes Pérez
el es bueno siempre nos
saluda

Honorable Carol B Amon.

Unitel States District Court
Eastern District of New York.
225 Cadman Plaza East
Brooklyn New York 11201



# TRANSLATION

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am addressing you to let you know that I know Benito Lopez Perez as a citizen of this municipality. I know him because of his participation in cultural events and because of the type of work I do as a carnival costume-maker.

Sincerely,

(signature)
Claudio Rojas Jimenez

O

Honorable Carol B. Amon
Uniled States District Court
Eastem District of NeW York
225 Cadman Plaza East
Brooklyn, New York 11201

Me dirijo a usted para decirle que Conosco a
Benito Lopez Perez Como enciudadano de
Este Municipio por Participar en Eventos Colturales
y por el Trabajo que yo Hago q es la Echora
de los Trajes de Carnabal.

P

Att. Claudia Rojas Jimenez

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

My name is Juan Galindo Torres, a native of San Miguel Tenaningo, Tlaxcala.  I am a commission agent for Gas Co., L.P., in the State of Puebla, the Garza Gas Plant.

By means of this letter I would like to let you know that Benito Lopez Perez is a good person because he has taken part in doing various jobs on our street, helping out with lighting, potable water and drainage.  He is not an aggressive person, as a matter of fact; he is not an aggressive person and gets along very well with the neighbors because we have known him for years.

(signature)

Honorable Carol B. amon United States
District. Court Eastern District, of
New, york 225 Cadman Plaza East
Brooklyn New york 11201

sr. Juan Galindo Torres orijinario de san
miguel Tenancingo Tlaxcala soy comisionista
de Gas. L.P en el estado de puebla
Planta Garza Gas:

por medio de este precente de doy a
Conocer que el sr: Benito lopez peres
es una buena perzona porque a participado
en Trabajos de nuestra calle y cooperado
en luz agua potable y drenaje y no es
una perzona agreciba e incluzo no es
una perzona agreciba y con los becinos

se lleba muy bien porque lo conocemos
de años atras.

## TRANSLATION


Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


My name is Epifania Rios Gutierrez.  I am 39 years old and I work at the Geo houses, located in San Lorenzo, Calle Misiones, Puebla, Puebla.  I know Mr. Lopez Perez because he was my neighbor. He was kind to people and to the neighbors.  He always looked out for his family and their well-being.  Although I know he is guilty, he was more concerned with helping those in greater need.  I hope, in advance, that my letter is of some help in the defense of my friend Benito Lopez Perez.

Sincerely,

(signature)

Honorable Carol B. Amon
United States District court
Eastern District of New York
225 Cadman plaza East
Brooklyn, New York

15 de julio, 2013

Mi nombre es:
Epifania Rios Gutieres
Tengo 39 años de edad Trabajo en casas Geo
Ubicado en san lorenzo Calle misiones puebla pos.
Yo conoci al Señor lopez peréz por ser mi
vecino era amable con la gente y con los
vecinos Se preocupaba por su familia y el
bienestar de ellos apesar de que, Se que es
Culpable Siempre Se preocupaba por apudar a los
más necesitados.
De antemano espero que mi presente sea de
ayuda en su defensa de mi amigo Benito Lopez
perez

Atentamente

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

My name is Fermin Rojas Gonzalez.  I am 55 years old and I work as a taxi driver.  Well, I have known Mr. Lopez Perez since he was 7 years old, he would work in the fields with some people that I know, he would work full-time in the crop fields.

He did not go to school and does not know how to read or write.  He spent his childhood working and as an adult he was involved in religious events and sports such as soccer.

(signature)
Fermin Rojas Gonzalez

Honorable Carol B. Amon
United States Districk Court
Eastern Districh New York
225 Cadman Plaza East
Brooklyn, New York 11201

Mi nombre es Fermin Rojas Gonzalez.

Tengo 55 años de edad y trabajo en un taxi.

Bueno yo conosco al señor Lopes Peres desde que
tenia 7 años de edad, el trabajaba en el campo con unas
personas que yo conosco el trabajaba de tiempo completo
en el campo de cultivo.

El no fue a la escuela el no sabe leer ni escribir
su infancia la paso trabajando de grande se dedico
a eventos religiosos y deportibos como lo es el fut Bol.

FERMIN ROJAS GONZALEZ

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am a friend of Benito Lopez Perez. I met his brothers through him and during the time I have
known them, they have always been mild and easy-going people. I would associate with them
because they organized soccer teams and I was part of the team. This is why I am taking it upon
myself to write these words and despite their faults and mistakes they have made, I am asking
you to give them a fair sentence. My name is Fernando. I work at a fast-food place making
coal-grilled chicken.

(signature)

Honorable Carol B Amon
United States Distric Court
Eastern Distric of New York
225 Cadman plaza East
Brooklyn, New York  11201


Yo Soy on Amigo de Benito lopeZ pereZ
Atrabes de el Conosi Agus hermanos y durante el
tiempo que Combivi Con ellos siempre fueron
personas tranquilas no eran Comflitivas Convivi
Con ellos por que ellos, horganizaban equipos
de fosbol y yo era parte del equipo poreso
me atrebo aescvibir estas polabras y apesay Jesus
fallas y errores que tubieron lepido que les den
ona Condena Josta.

Yo me llamo Fernando.
trabajo en Comida rrapida/ pollos
asados Al Carbon.

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

My name is Alejandro Rosas Gonzalez.  I am 54 years old and a bricklayer by trade.  I am taking it upon myself to address you, Honorable Carol B. Amon, wishing you warm greetings.  Also, I would like to express the wish, in advance, that Benito Lopez Perez receive a fair sentence.  In the time I have known him I can say that he is a friendly and respectful person, incapable of causing personal or any other kind of problems.  I sincerely hope you take into account these words when considering his sentence.  With all the due respect, I bid you farewell most graciously and I thank you.

Sincerely,

(signature)
Alejandro

Honorable  Carol  B. Amon
United  States  District  Court
Easteren  District  of  New york
225  Cadman  plaza  East
Brooklyn,  New york   11201


El  señor  Alejandro  Rosas  Gonzalez
de 54 anos  de edad  con el oficio  de
albañil  me permito  dirigirme  ante usted
Honorable  Carol B. Amon. Un cordial  saludo
y de ante mano  asimismo  axpresarme  que
el sr. Benito  López  Pérez  tome una
condena  justa  la cual en el tiempo q° tengo
de conocerlo  pueda  decir  que es una persona
amigable, respetuoso  e incapaz  de boscar
problemas  personales  o de cualquier otro tipo
espero y de corazón  tome encuenta  estas palabras
para la toma de propuesta  a su condena.


Con el respeto  que se merete  me despido de la
manera  mas  atenta  dando las gracias  el

Sr.  Alejandro [signature]

**TRANSLATION**

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By means of this letter I, Eufemia Romero Garcia, would like to say that I know Benito Lopez Perez well.  He is a respectful, hard-working and honest person.  We have been neighbors for a very long time and we never had any problems with him, on the contrary we were very good neighbors.

Sincerely,

(signature)
Eufemia Romero G.

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Por Medio Del Presente Yo Sra: Euremia Romero Garcia Conosco Bien Al Sr: Benito Lopéz Peréz Como Una Persona Respetuosa Y Trabajadora Y Honrrada Como Vecinos Que Somos Desde Hace Mucho Tiempo Nunca Hubo Problema Con El Todo Lo Contrario Eramos Muy Buenos Vecinos


A.T.T.E
Eufemia Romero b