UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: HON. CAROL BAGLEY AMON, U.S.D.J.**

DATED: 1/10/14          TIME: 9:53-11:23

CRIMINAL CAUSE FOR: Guilty Plea

DOCKET #: CR11-00199

DEFENDANT: Benito Lopez-Perez- c          ATTORNEY: Florian Miedel, Esq.

DEFENDANT: Jose Barrientos-Perez- c       ATTORNEY: Peter Kirchheimer, FD
                                                    by: Douglas Morris

DEFENDANT: Anastascio Romero-Perez- c     ATTORNEY: Robert Radick, Esq.

ASSISTANT U.S. ATTORNEY: Taryn Merkl

COURT REPORTER: Victoria Torres Butler

INTERPRETER: Rosa Olivera (Sp)

PROBATION OFFICER:

PRETRIAL OFFICER:                         DEPUTY: V. Holley

Dft Lopez-Perez requests to withdraw previously entered plea of guilty to Count 4 only of SS Indictment. Request unopposed by the govt. Request granted. G/P to Count 12, previously entered & accepted by the Court, remains in effect.
Dft sworn & advised of rights.
G/P to Count 3 of SS Indictment accepted by the Court.
Sentencing remains scheduled for 2/7/14 at 9:30.
Supplemental sentencing submissions to be filed as follows:
dft 1/24/14; govt 1/31/14; USPD Addendum 1/20/14
USPD notified.
O/A held re restitution & identity of victims.
Dfts Lopez-Perez & Romero-Perez directed to respond 1/17/14, Dft Barrientos-Perez directed to respond 1/21/14.