## CRIMINAL CAUSE FOR SENTENCING

Before: **AMON, Chief J.**   Date: **2/7/14**      Time: 10:25-11:45 and  Docket #: **CR11-00199**
                                                        12:07-12:28

Defendant: Benito Lopez-Perez- c         ATTORNEY: Florian Miedel, Esq.

Court Reporter/ESR: Richard Barry        AUSA: **TarynMerkl**

Probation Officer: Victoria Aguilar      Interpreter: Selva Nebbia & Estrellita Plested
                                         (James Hontoria - govt interpreter)

Pretrial Officer:                        Deputy Clerk: **V. Holley**

------------------------------------------------------------

✓ _____ Case Called

✓ _____ Sentencing adjourned to

_____ Sentencing held

✓ _____ Statements of defendant and counsel heard

✓ _____ Defendant sentenced on counts  3 + 12
       of the (Superseding) Indictment/~~Information~~

_____ Remaining open counts dismissed: (1+2, 4-11, 13-25) + underlying Inds

_____ on Court's motion         ✓ _____ on Government's motion

✓ _____ Court advised defendant of right to appeal

_____ Clerk to file Notice of Appeal in forma pauperis for defendant

_____ Defendant remanded        _____ Defendant to remain on bail
                                      pending determination of appeal

## FULL TEXT OF SENTENCE

Dft committed to custody of BOP for 216 mos on Count 3 & 10 yrs on Count 12, to run concurrent to Count 3 followed by 5 yrs s/r as to each Count to run concurrently. Sp. conditions: 1) if deported, not to reenter the U.S. illegally; 2) comply w/sex offender registration requirement mandated by law. on Count 3   Joint + Several w/ Barrientos-Perez Fine waived. Restitution Ordered in the amount of $1,222,165.00 (payments $25 per mo while

incarcerated, upon release 20% of income over 5 yr period of s/r). Dft required to pay $100 s/a as to each Count, to run consecutively for a total of $200.00
Forfeiture Order ent'd.