## CRIMINAL CAUSE FOR SENTENCING

Before: **AMON, Chief J.**   Date: **2/7/14**    Time: 10:25-11:45 and  Docket #: **CR11-00199**
                                                       12:07-12:28

Defendant: Benito Lopez-Perez- c            ATTORNEY: Florian Miedel, Esq.

Court Reporter/ESR: Richard Barry           AUSA: **TarynMerkl**

Probation Officer: Victoria Aguilar         Interpreter: Selva Nebbia & Estrellita Plested
                                            (James Hontoria - govt interpreter)

Pretrial Officer:                           Deputy Clerk: **V. Holley**

---

✓ Case Called

✓ Sentencing adjourned to

___ Sentencing held

✓ Statements of defendant and counsel heard

✓ Defendant sentenced on counts  3 + 12
of the (Superseding) Indictment/~~Information~~

___ Remaining open counts dismissed: (1+2, 4-11, 13-25) + underlying cnds

___ on Court's motion         ✓ on Government's motion

✓ Court advised defendant of right to appeal

___ Clerk to file Notice of Appeal in forma pauperis for defendant

___ Defendant remanded    ___ Defendant to remain on bail
                              pending determination of appeal

### FULL TEXT OF SENTENCE

Dft committed to custody of BOP for 216 mos on Count 3 & 10 yrs on Count 12, to run concurrent to Count 3 followed by 5 yrs s/r as to each Count to run concurrently.
Sp. conditions: 1) if deported, not to reenter the U.S. illegally; 2) comply w/sex offender registration requirement mandated by law. on Count 3  Joint + Several w/ b Barrientos-Perez
Fine waived. Restitution Ordered in the amount of $1,222,165.00 (payments $25 per mo while

incarcerated, upon release 20% of income over 5 yr period of s/r). Dft required to pay $100 s/a as to each Count, to run consecutively for a total of $200.00
Forfeiture Order ent'd.